# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50342 | **DATE** | 11/17/2004 |
| **CASE TITLE** | JOHNSON vs. HH3 TRUCKING | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Discovery conference held. Defendants do not appear and the Corporation has not retained counsel as ordered. The Corporation's answer is stricken. Plaintiff's motion to add Todd Walker as a plaintiff is granted. Plaintiff's amended motion to extend is moot. It is the Report and Recommendation of the Magistrate Judge that Plaintiffs' oral motion for default judgment against all defendants be granted. Parties are given ten days from service of this order, as calculated under Rule 6 to file objections with Judge Reinhard, pursuant to FRCP 72. Objections need not be presented as stated in LR.53.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | 11-18-04 date docketed | 30 |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. | | 11/17/2004 date mailed notice | |
| GG | courtroom deputy's initials | | GG mailing deputy initials | |
| | | Date/time received in central Clerk's Office | | |