# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 03 C 50342 | **DATE** | 3/17/2005 |
| **CASE TITLE** | Johnson, et al vs. HH3 Trucking, et al | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Report, it is the Report and Recommendation of the magistrate judge that Scott Kaiser, be awarded $6,397.87; Melvin Woodrord, $4,963.12; Keith Candley, $828.75; William Harris, $3,870.00; Guy Partree, $5,255.61; Mark Freeman, $5,883.71; Dennis Tenner, $7,247.60; Arthur Johnson, $6,541.90; Clarence Buskohl, $7,772.87; and Charles Myles, $21,465.00. Further, the magistrate judge recommends that Plaintiffs be awarded $17,307.50 in attorney fees. Finally, it is the recommendation of the magistrate judge that the claims of Plaintiffs Walker, Oliver, and Hollman be dismissed for want of prosecution. Parties are given ten days from service, as calculated under Rule 6, to file objections with Judge Reinhard, pursuant to Fed. R. Civ. P. 72. Objections need not be presented as stated in L.R. 5.

■ [ For further detail see attached order.]

Notices mailed by judge's staff.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | AM |
|---|---|---|

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ARTHUR JOHNSON, MARK FREEMAN, )<br>CLARENCE BUSKOHL, DENNIS TENNER, )<br>and KEITH CANDLEY, on behalf of themselves )<br>and all other Plaintiffs similarly situated known )<br>and unknown, )<br>                                     )<br>             **Plaintiffs,**          )<br>                                     )<br>      v.                        )<br>                                     )<br>HH3 TRUCKING, INC., a corporation, )<br>GRETCHEN HUDSON, individually and )<br>WILLIAM HUDSON, individually, )<br>                                     )<br>             **Defendants.**       ) | Case No. 03-C-50342<br>Magistrate Judge<br>P. Michael Mahoney |

## REPORT AND RECOMMENDATION

This matter was referred to the magistrate judge for a hearing on damages, default judgment being previously entered against all Defendants by the district court on December 14, 2004. A damages hearing was held March 16, 2005.

Counsel for the Plaintiffs presented the following evidence to establish unpaid wages were owed: (1) Defendants did not maintain accurate records of hours worked by employees, so work hours had to be compiled with the help of pay stubs, time sheets, and the recollection of Plaintiffs; (2) Plaintiffs were required to arrive at Defendants' truck yard for preparation several hours before they arrived at their actual job sites; (3) Plaintiffs were not paid for the preparation time at the truck yard, nor their travel to job sites; (4) Plaintiffs were not paid for their travel time back to the truck yard, nor their clean-up time spent at the yard; (5) conservatively, Plaintiffs spent three hours a day doing preparation, travel, and clean-up for which they were not paid; (6) sometimes, depending on job site location and other maintenance activities, Plaintiffs worked up to five hours a day without pay; (7) Plaintiffs were paid at a

1

rate of $15.00 per hour; (8) time and a half for hours worked over the forty hours per week mandated by statute would be $22.50 per hour; and (9) even though Plaintiffs sometimes worked over forty hours per week, none were ever paid over-time.

The court also heard testimony from numerous Plaintiffs, each of whom testified that they were not paid for their preparation, travel, and clean-up completed for Defendants off the job site. For many Plaintiffs, this meant that they would arrive to work at the truck yard between 3:00 a.m. and 4:30 a.m., but would not be paid until 7:00 a.m., when they were required to be at the job site. Likewise, Plaintiffs were not paid for their time traveling back to the truck yard, nor the time they spent doing clean-up and paper work. Clean-up involved physically removing built up dirt and debris with shovels from the beds of trucks. Several Plaintiffs testified that they would sometimes work until 10:00 p.m. doing clean-up.

Each of the Plaintiffs also submitted a summary chart that reflected the Plaintiffs' pay period, paid hours worked, unpaid hours worked, and the amount due straight-time and over-time. Each of the Plaintiffs testified under oath that the summaries were true, conservative estimates of the wages owed to them by Defendants. These charts are hereby made a part of the record by the court as Exhibits 1-10.

Based on this testimony and the evidence presented, the magistrate judge recommends that the district court find that the actions of the Defendants constitute willful and wanton violations of the Fair Labor Standards Act, 29 U.S.C. §201, *et seq*, and the Portal-to-Portal Act, 29 U.S.C. §251, *et seq*, and award damages as set forth below.

As to Plaintiff, Scott Kaiser, it is the Report & Recommendation of the magistrate judge that Mr. Kaiser be awarded $6,397.87. As to Plaintiff Melvin Woodrord, $4,963.12. As to Plaintiff Keith Candley, $828.75. As to Plaintiff William Harris, $3,870.00. As to Plaintiff Guy Partree, $5,255.61. As to Plaintiff Mark Freeman, $5,883.71. As to Plaintiff Dennis Tenner, $7,247.60. As to Plaintiff Arthur Johnson, $6,541.90. As to Plaintiff Clarence Buskohl, $7,772.87. As to Plaintiff Charles Myles, $21,465.00. Mr. Myles is owed substantially more money due to the locations that Plaintiff worked and

the extra hours he put in as the Defendants' mechanic.

Plaintiffs Todd Walker, Timothy Oliver, and D. Hollman did not appear at the damages hearing and did not present evidence as to amount of wages they were owed. Thus, it the Report and Recommendation of the magistrate judge that the claims of Plaintiffs Walker, Oliver, and Hollman be dismissed for want of prosecution.

Plaintiffs' counsel also presented testimony and an affidavit as to the amount of attorney fees that were accrued representing Plaintiffs in this matter. Counsel worked for a total of 98.9 hours (six hours added to the affidavit total to account for hours worked the day of the damages hearing by Mark Pekay) at a rate of $175.00 per hour. Therefore, it is the Report and Recommendation of the magistrate judge that Plaintiffs be awarded $17,307.50 in attorney fees.

In conclusion, it is the Report and Recommendation of the magistrate judge that Scott Kaiser, be awarded $6,397.87; Melvin Woodrord, $4,963.12; Keith Candley, $828.75; William Harris, $3,870.00; Guy Partree, $5,255.61; Mark Freeman, $5,883.71; Dennis Tenner, $7,247.60; Arthur Johnson, $6,541.90; Clarence Buskohl, $7,772.87; and Charles Myles, $21,465.00. Further, the magistrate judge recommends that Plaintiffs be awarded $17,307.50 in attorney fees. Finally, it is the recommendation of the magistrate judge that the claims of Plaintiffs Walker, Oliver, and Hollman be dismissed for want of prosecution.

ENTER:

P. MICHAEL MAHONEY, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

DATE: 3/17/05

3

# SCOTT KAISER

| Month/Period | Hours Worked | Hours Paid | Not Paid Show up | Total Hours | Amt due Straight Time | Amt due Overtime | Amount Due |
|---|---|---|---|---|---|---|---|
| **2000** | | | | | | | |
| 10/30 11/4 | 53.45 | 53.25 | 15 | 68.25 | | 337.50 | 337.50 |
| 11/6 11/11 | 46 | 46 | 15 | 61 | | 337.50 | 337.50 |
| 11/28 12/1 | 40.45 | 41.45 | 15 | 66.45 | | 337.50 | 337.50 |
| 12/5 12/8 | 15.30 | 15.30 | 6 | | 90 | | 90 |
| 12/11 12/15 | 21.15 | 21.15 | 9 | | 135 | | 135.00 |
| **2001** | | | | | | | |
| 3/26 3/30 | 34.3 | 34.3 | 12 | 46.3 | 85.50 | 141.75 | 227.25 |
| 3/26 3/30 | 43.3 | 43.3 | 15 | | | 337.50 | 337.50 |
| April | 40 | 40 | 15 wk | | 4 weeks | | 1350 |
| May | 40 | 40 | 15 | | 5 week | | 1687.50 |
| **2003** | | | | | | | |
| 4/17 | 8 | 8 | 3 | | 45 | | 45 |
| 4/25 | 46.75 | 46.75 | 15 | | | 337.50 | 337.50 |
| 5/1 | 52.75 | 52.75 | 15 | | 1/6 time 95.62 | 337.50 | 433.12 |
| 5/16 | 27 | 27 | 9 | 36 | 135 | | 135 |
| 5/23 | 40 | 40 | 15 | | | 337.50 | 337.50 |
| 6/29 | 10.25 | 10.25 | 6 | | 90 | | 90 |
| 6/13 | 15.75 | 15.75 | 6 | | 90 | | 90 |
| 6/26 | 8.25 | 8.25 | 3 | | 45 | | 45 |
| 7/11 | 4.5 | 4.5 | 3 | | 45 | | 45 |

6397.87

# MELVIN WOODFORD

| Pay Period | Hours Worked | Hours Paid | Not Paid Show Up | Total Hours | Amt due Straight 1/2 Time | Amt due Overtime | Amount Due |
|---|---|---|---|---|---|---|---|
| 7/25 | 47.5 | 47.5 | 15 | 62.5 | 1/2 123.25 | 337.50 | 380.75 |
| 8/8 | 48 | 48 | 15 | 63 | 1/2 60 | 337.50 | 397.50 |
| 8/15 | 42 | 42 | 15 | 57 | 1/2 15 | 337.50 | 352.50 |
| 8/29 | 49 | 49 | 15 | 64 | 1/2 67.5 | 337.50 | 405 |
| 9/5 | 47.5 | 47.5 | 15 | 62.5 | 1/2 56.25 | 337.50 | 393.75 |
| 10/8 | 33 | 33 | 12 | 45 | 105 | 112.50 | 217.50 |
| 10/17 | 44.5 | 44.5 | 15 | 59.5 | 1/2 33.75 | 337.50 | 371.25 |
| 10-24 | 38 | 38 | 15 | 53 | 30 | 292.50 | 322.50 |
| 11/7 | 46.5 | 46.5 | 15 | 61.5 | 1/2 48.75 | 337.50 | 386.25 |
| 11/14 | 32 | 32 | 12 | 44 | 120 | 90 | 210 |
| 11-21 | 44.5 | 44.5 | 15 | 59.5 | 1/2 33.75 | 337.50 | 371.25 |
| 11-25 | 34.25 | 34.25 | 12 | 46.25 | 86.25 | 140.62 | 226.87 |
| 12/5 | 6.25 | 6.25 | 3 | 9.25 | 45 | | 45 |
| 12/11 | 15.5 | 15.5 | 6 | 21.5 | 90 | | 90 |
| 12/18 | 24.5 | 24.5 | 9 | 33.5 | 135 | | 135 |
| 12-24 | 35 | 35 | 15 | 60 | 75 | 225 | 300 |

2004

| Pay Period | Hours Worked | Hours Paid | Not Paid Show Up | Total Hours | Amt due Straight 1/2 Time | Amt due Overtime | Amount Due |
|---|---|---|---|---|---|---|---|
| 1/14/04 | 9.3 | 9.3 | 3 (@15.00/hr) | | 90 | | 90 |
| 1/16 | 9 | 9 | 3 | | 45 | | 45 |
| 1/29 | 32 | 32 | 12 | 44 | 120 | 90 | 210 |

4963.12

H H3 Trucking, Inc.
Overtime Case

Guy Partee

| Pay Period | Hours Worked | Dollars | Not Paid Show Up Clean Up | Total Hours | Amount Due Straight Time | Amount Due At Overtime | Amount Due |
|---|---|---|---|---|---|---|---|
| 2001 | | | | | | | |
| 4/03/01 - 4/07/01 | 41.45 | $639.38 | 15 | | | 337.50 | $337.50 |
| 4/16/01 - 4/20/01 | 46.45 | $751.88 | 15 | | | 337.50 | $337.50 |
| 4/23/01 - 4/26/01 | 35.45 | $536.25 | 12 | 47.45 | $68.25 | $167.62 | $235.87 |
| 4/27/01 - 5/03/01 | 35.15 | $528.75 | 15 | 50.15 | $72.75 | $228.37 | $301.12 |
| 5/07/01 - 5/11/01 | 46.45 | $751.88 | 15 | 61.45 | | $337.50 | $337.50 |
| 5/14/01 - 5/18/01 | 40 | $600.00 | 15 | | | $337.50 | $337.50 |
| 5/22/01 - 5/25/01 | 26.3 | $397.50 | 12 | | | | |
| 5/29/01 - 6/01/01 | 25.5 | $382.50 | 12 | 37.5 | $180.00 | | $180.00 |
| 6/04/01 - 6/08/01 | 34.15 | $513.75 | 12 | 46.15 | $87.75 | $138.37 | $226.12 |
| 6/11/01 - 6/15/01 | 39.5 | $592.50 | 15 | 54.5 | $7.50 | $326.25 | $333.75 |
| 6/18/01 - 6/22/01 | 40 | $600.00 | 15 | 45 | | $337.50 | $337.50 |
| 6/25/01 - 6/29/01 | 42.25 | $650.63 | 15 | 47.25 | | $337.50 | $337.50 |
| 7/02/01 - 7/06/01 | 36.5 | $547.50 | 15 | 51.5 | $52.50 | $258.75 | $311.25 |
| 7/09/01 - 7/13/01 | 42.75 | $661.88 | 15 | 57.75 | | $337.50 | $337.50 |
| 7/16/01 - 7/26/01 | 36.5 | $547.50 | 15 | 51.5 | $52.50 | $258.75 | $311.25 |
| 7/23/01 - 7/27/01 | 42.5 | $656.25 | 15 | 57.5 | | $337.50 | $337.50 |
| 9/17/01 - 9/21/01 | 30 | $450.00 | 12 | 42 | $120.00 | $45.00 | $165.00 |
| 10/1/01 - 10/05/01 | 36.5 | $547.50 | 15 | 51.5 | $52.50 | $258.75 | $311.25 |
| | | | | | | TOTAL: | $5,255.61 |

H H3 Trucking, Inc.
Overtime Case

# Mark Freeman

| Pay Period | Hours Worked | Hours Paid | Not Paid Show Up Clean Up | Total Hours | Amount Due Straight Time | Amount Due At Overtime | Amount Due |
|---|---|---|---|---|---|---|---|
| 2002 | | | | | | | |
| 8/01/02 - 8/02/02 | 17.75 | | 6 | 23.75 | $90.00 | | $90.00 |
| 8/05/02 - 8/09/02 | 45.75 | | 15 | 50.75 | | $337.50 | $337.50 |
| 8/12/02 - 8/16/02 | 41 | | 15 | 56 | | $337.50 | $337.50 |
| 8/19/02 - 8/24/02 | 42.25 | | 15 | 47.25 | | $337.50 | $337.50 |
| 8/27/02 - 8/30/02 | 37 | | 12 | 49 | $45.00 | $202.50 | $247.50 |
| 9/03/02 - 9/06/02 | 32.75 | | 12 | 44.75 | $108.75 | $106.87 | $215.80 |
| 9/09/03 - 9/13/02 | 47.25 | | 15 | 62.25 | | $337.50 | $337.50 |
| 9/15/02 - 9/18/02 | 30.5 | | 12 | 42.5 | $142.50 | $56.25 | $198.75 |
| 9/23/02 - 9/27/02 | 41 | | 15 | 56 | | $337.50 | $337.50 |
| 9/30/02 - 10/03/02 | 32.25 | | 12 | 44.25 | $116.25 | $95.62 | $211.87 |
| 10/7/02 - 10/10/02 | 32.25 | | 12 | 44.25 | $116.25 | $95.62 | $211.87 |
| 10/14/02 - 10/19/02 | 53.75 | | 18 | 71.75 | | $405.00 | $405.00 |
| 10/21/02 - 10/24/02 | 33.25 | | 12 | 45.25 | $101.25 | $118.12 | $219.37 |
| 10/28/02 - 11/01/02 | 43.75 | | 15 | 58.75 | | $337.50 | $337.50 |
| 11/04/02 - 11/08/02 | 50.25 | | 15 | 65.25 | | $337.50 | $337.50 |
| 11/11/02 - 11/15/02 | 33 | | 12 | 45 | $105.00 | $112.50 | $217.50 |
| 11/18/02 - 11/22/02 | 40.25 | | 15 | 55.25 | | $337.50 | $337.50 |
| 11/25/02 - 11/27/02 | 24.5 | | 9 | 33.5 | $135.00 | | $135.00 |
| 12/02/02 - 12/07/02 | 24 | | 9 | 33 | $135.00 | | $135.00 |
| 12/1/02 - 12/13/02 | 16.5 | | 96 | 22.5 | $90.00 | | $90.00 |
| 12/16/02 - 12/20/02 | 26 | | 9 | 35 | $135.00 | | $135.00 |
| | | | | | | | |
| 2003 | Hours Worked | Hours Paid | Not Paid Show up Clean up | Total Hours | Amt Due Straight Time | Amount Due at Overtime | Amount Due |
| 4/14/03 - 4/18/03 | 39.5 | | 15 | 54.5 | $7.50 | $326.25 | $333.75 |
| 4/21/03 - 4/25/03 | 33 | | 15 | 48 | | $337.50 | $337.50 |
| | | | | | | TOTAL: | $5,883.71 |

| Pay Period | Hours Worked | Hours Paid | Not Paid Show Up Clean Up | Total Hours | Amount Due Straight Time | Amount Due At Overtime | Amount Due |
|---|---|---|---|---|---|---|---|
| 2001 | | | | | | | |
| 5/31/01 | 8 | | 3 | 11 | $45.00 | | $45.00 |
| 6/13/01 | 6 | | 3 | 9 | $45.00 | | $45.00 |
| 9/19/01 - 9/21/01 | 18.75 | | 9 | 27.75 | $135.00 | | $135.00 |
| 9/25/01 - 9/9/27/01 | 25 | | 9 | 34 | $135.00 | | $135.00 |
| 10/01/01 -10/03/01 | 27.25 | | 9 | 36.25 | $135.00 | | $135.00 |
| 10/11/01 -10/12/01 | 13.75 | | 6 | 19.75 | $90.00 | | $90.00 |
| 10/15/01 -10/19/01 | 38 | | 15 | 53 | $30.00 | $292.50 | $322.50 |
| 10/22/01 -10/26/01 | 27.5 | | 15 | 42.5 | $187.50 | $56.25 | $243.75 |
| 11/1/01 | 8 | | 3 | 11 | $67.50 | | $67.50 |
| 11/05/01 -11/09/01 | 35.75 | | 12 | 47.75 | $63.75 | $174.37 | $238.12 |
| 11/12/01 -11/17/01 | 44.5 | | 18 | 62.5 | | $405.00 | $405.00 |
| 11/19/01 -11/21/01 | 27 | | 9 | 36 | $135.00 | | $135.00 |
| 12/13/01 | 7.75 | | 3 | 10.75 | $45.00 | | $45.00 |
| 2002 | Hours Worked | Hours Paid | Not Paid Show up Clean up | Total Hours | Amt Due Straight Time | Amount Due at Overtime | Amount Due |
| 2/7/02 | 6 | | 3 | 9 | $45.00 | | $45.00 |
| 10/14/02 | 9.5 | | 3 | 12.5 | $45.00 | | $45.00 |
| 11/05/02 - 11/08/02 | 29 | | 12 | 41 | $165.00 | $22.50 | $181.50 |
| 11/11/02 - 11/15/02 | 41.25 | | 15 | 43.25 | | $337.50 | $337.50 |
| 11/19/02 - 1122/02 | 32 | | 12 | 44 | $120.00 | $90.00 | $210.00 |
| 11/25/0 2 - 11/26/02 | 12 | | 6 | 18 | $90.00 | | $90.00 |
| 12/02/02 - 12/06/02 | 40.75 | | 15 | 55.75 | | $337.50 | $337.50 |
| 12/09/02 - 12/12/02 | 32 | | 12 | 44 | $120.00 | $90.00 | $210.00 |

H H3 Trucking, Inc.
Overtime Case

## Dennis Tenner

| 2003 | Hours Worked | Hours Paid | Not Paid Show up | Clean up | Total Hours | Amt Due Straight Time | Amount Due at Overtime | Amount Due |
|---|---|---|---|---|---|---|---|---|
| 4/09/03 - 4/10/03 | 13.25 | | | 6 | 18.25 | $90.00 | | $90.00 |
| 4/28/03 - 4/28/03 | 35 | | | 12 | 47 | $75.00 | $157.50 | $232.50 |
| 5/06/03 - 5/09/03 | 16.15 | | | 6 | 22.15 | $90.00 | | $90.00 |
| 5/13/03 - 5/16/03 | 26.75 | | | 9 | 35.75 | $135.00 | | $135.00 |
| 5/19/03 - 5/23/03 | 38.25 | | | 15 | 53.25 | $26.25 | $298.12 | $324.37 |
| 5/27/03 - 5/30/03 | 28 | | | 12 | 40 | $180.00 | | $180.00 |
| 6/02/03 - 6/06/03 | 39.75 | | | 15 | 54.75 | $3.75 | $331.87 | $335.62 |
| 6/09/03 - 6/13/03 | 26 | | | 12 | 38 | $180.00 | | $180.00 |
| 6/16/03 - 6/20/03 | 40.5 | | | 15 | 45.5 | | $337.50 | $337.50 |
| 6/23/03 - 6/26/03 | 39.25 | | | 12 | 51.25 | $11.25 | $253.12 | $264.37 |
| 6/30/03 - 7/03/03 | 31 | | | 12 | 43 | $135.00 | $67.50 | $202.50 |
| 7/07/03 - 7/10/03 | 32.5 | | | 12 | 44.5 | $112.50 | $101.25 | $213.75 |
| 7/14/03 - 7/19/03 | 38.75 | | | 18 | 56.75 | $18.75 | $376.87 | $395.62 |
| 7/21/03 - 7/26/03 | 52.5 | | | 18 | 70.5 | | $405.00 | $405.00 |
| 7/28/03 - 8/01/03 | 35 | | | 15 | 50 | $75.00 | $225.00 | $300.00 |
| 8/05/03 - 8/06/03 | 13.75 | | | 6 | 18.75 | $90.00 | | $90.00 |
| | | | | | | | TOTAL: | $7,274.60 |

2

3/15/2005

H H3 Trucking, Inc.
Overtime Case

Arthur Johnson

| Pay Period | | Hours Worked | Hours Paid | Not Paid Show Up Clean Up | Total Hours | Amt Due Straight Time | Amount Due At Overtime | Amount Due |
|---|---|---|---|---|---|---|---|---|
| 2002 | | | | | | | | |
| 6/27/02 | - 6/28/02 | 19.45 | 19.45 | 6 | 25.45 | | | $90.00 |
| 6/29/02 | - 7/03/02 | 37.3 | 37.3 | 15 | 52.3 | $40.50 | $276.75 | $317.25 |
| 7/8/02 | - 7/12/02 | 47.3 | 47.3 | 18 | 65.3 | | | $405.00 |
| 7/15/02 | - 7/19/02 | 37.15 | 37.15 | 15 | 52.15 | | $316.12 | $316.12 |
| 7/22/02 | - 7/26/02 | 25.3 | 25.3 | 9 | 34.3 | $42.75 | $273.37 | $135.00 |
| 7/29/02 | - 7/30/02 | 19 | 19 | 9 | 28 | | | $135.00 |
| 8/14/02 | - 8/14/02 | 9 | 9 | 3 | 12 | | | $45.00 |
| 8/27/02 | - 8/27/02 | 7.3 | 7.3 | 3 | 10.3 | | | $45.00 |
| 9/03/02 | - 9/06/02 | 17.15 | 17.15 | 6 | 23.15 | | | $90.00 |
| 9/10/02 | - 9/13/02 | 25.3 | 25.3 | 9 | 34.3 | | | $135.00 |
| 9/14/02 | - 9/19/02 | 30.15 | 30.15 | 12 | 42.15 | $147.75 | $48.38 | $196.13 |
| 9/26/02 | - 9/27/02 | 18 | 18 | 6 | 24 | | | $90.00 |
| 9/30/02 | - 10/03/02 | 31.3 | 31.3 | 12 | 43.3 | $130.50 | $74.25 | $204.75 |
| 10/07/02 | - 10/11/02 | 43.15 | 43.15 | 15 | 58.15 | | | $337.50 |
| 10/15/02 | - 10/18/02 | 33.15 | 33.15 | 12 | 45.15 | | $102.75 | $115.88 | $218.63 |
| 10/21/02 | - 10/24/02 | 26.45 | 26.45 | 12 | 38.45 | | | $180.00 |
| 10/30/02 | - 11/01/02 | 25.45 | 25.45 | 9 | 34.45 | | | $135.00 |
| 11/04/02 | - 11/08/02 | 36.45 | 36.45 | 15 | 51.45 | $53.25 | $257.63 | $310.88 |
| 11/21/02 | - 11/22/02 | 12.3 | 12.3 | 6 | 18.3 | | | $90.00 |
| 2003 | | Hours Worked | Hours Paid | Not Pd Show up Clean up | Total Hours | Amt Due Straight Time | Amt Due at Overtime | Amount Due |
| 4/07/03 | - 4/13/03 | 8.5 | 8.5 | 3 | 11.5 | | | $45.00 |
| 4/14/03 | - 4/20/03 | 17 | 17 | 6 | 23 | | | $90.00 |
| 4/21/03 | - 4/27/03 | 26.5 | 26.5 | 9 | 35.5 | | | $135.00 |
| 4/28/03 | - 5/04/03 | 34.75 | 34.75 | 12 | 46.75 | $78.75 | $151.88 | $230.63 |
| 5/05/03 | - 5/11/03 | 17.75 | 17.75 | 6 | 23.75 | | | $90.00 |
| 5/12/03 | - 5/18/03 | 31 | 31 | 12 | 43 | $135.00 | $67.50 | $202.50 |
| 5/19/03 | - 5/25/03 | 38.25 | 38.25 | 15 | 53.25 | $26.25 | $298.13 | $324.38 |
| 5/26/03 | - 6/01/03 | 32 | 32 | 12 | 44 | $120.00 | $90.00 | $210.00 |
| 6/02/03 | - 6/08/03 | 12.75 | 12.75 | 6 | 18.75 | | | $90.00 |
| 6/09/03 | - 6/15/03 | 9 | 9 | 3 | 12 | | | $45.00 |
| 6/16/03 | - 6/22/03 | 29 | 29 | 12 | 41 | $165.00 | $22.50 | $187.50 |

H H3 Trucking, Inc.
Overtime Case

## Arthur Johnson

| 2004 | Hours Worked | Hours Paid | Not Pd Show up Clean up | Total Hours | Amt Due Straight Time | Amt Due at Overtime | Amount Due |
|---|---|---|---|---|---|---|---|
| 4/05/04 - 4/11/04 | 6.5 | 6.5 | 3 | 9.5 | | | $45.00 |
| 4/12/04 - 4/18/04 | 36.5 | 36.5 | 12 | 48.5 | $52.50 | $191.25 | $243.75 |
| 4/26/04 - 5/02/04 | 25.25 | 25.25 | 9 | 34.25 | | | $135.00 |
| 5/03/04 - 5/09/04 | 24.25 | 24.25 | 9 | 33.25 | | | $135.00 |
| 5/10/04 - 5/16/04 | 33.5 | 33.5 | 12 | 45.5 | $97.50 | $123.75 | $221.25 |
| 5/17/04 - 5/23/04 | 22.25 | 22.25 | 9 | 31.25 | | | $135.00 |
| 5/24/04 - 5/30/04 | 33.5 | 33.5 | 12 | 45.5 | $97.50 | $123.75 | $221.25 |
| 6/07/04 - 6/13/04 | 29 | 29 | 12 | 41 | $165.00 | $22.50 | $187.50 |
| 6/14/04 - 6/20/04 | 28.25 | 28.25 | 12 | 40.25 | $176.25 | $5.63 | $181.88 |
| | | | | | | TOTAL: | $6,541.90 |

| Pay Period | Hours Worked | Hours Paid | Not Paid Show Up | Not Paid Clean Up | Total Hours | Amount Due Straight Time | Amount Due At Overtime | Amount Due |
|---|---|---|---|---|---|---|---|---|
| 2002 | | | | | | | | |
| 5/21/02 - 5/22/02 | 16.5 | | 6 | | 22.5 | $90.00 | | $90.00 |
| 5/28/02 - 6/03/02 | 39.5 | | 12 | | 50.5 | $22.50 | $236.25 | $259.00 |
| 6/03/02 - 6/07/02 | 31 | 31 | 12 | | 43 | | $67.50 | $202.50 |
| 6/10/02 - 6/14/02 | 41.75 | | 15 | | 56.75 | $135.00 | $337.50 | $337.50 |
| 6/15/02 - 6/21/02 | 42.75 | | 15 | | 57.75 | | $337.50 | $337.50 |
| 6/24/02 - 6/28/02 | 41.3 | 41.3 | 15 | | 56.3 | | $337.50 | $337.50 |
| 7/01/02 - 7/03/02 | 26.3 | 26.3 | 9 | | 35.3 | $135.00 | | $135.00 |
| 7/08/02 - 7/12/02 | 44.3 | 44.3 | 15 | | 59.3 | | $337.50 | $337.50 |
| 7/15/02 - 7/19/02 | 43 | 43 | 15 | | 58 | | $337.50 | $337.50 |
| 7/20/02 - 7/26/02 | 36 | 36 | 18 | | 54 | $60.00 | $315.00 | $375.00 |
| 7/29/02 - 8/02/02 | 40 | 40 | 15 | | 55 | | $337.50 | $337.50 |
| 8/05/02 - 8/09/02 | 40 | 40 | 15 | | 55 | | $337.50 | $337.50 |
| 8/12/02 - 8/16/02 | 46 | 46 | 15 | | 61 | | $337.50 | $337.50 |
| 8/19/02 - 8/23/02 | 30.45 | 30.45 | 12 | | 42.45 | $143.25 | $155.12 | $198.37 |
| 8/24/02 - 8/30/02 | 36.3 | 36.3 | 12 | | 48.3 | $55.50 | $186.75 | $242.25 |
| 9/03/02 - 9/06/02 | 39.3 | 39.3 | 12 | | 51.3 | $10.50 | $254.25 | $264.75 |
| 9/09/02 - 9/13/02 | 48.3 | 48.3 | 15 | | 63.3 | | $337.50 | $337.50 |
| 9/16/02 - 9/19/02 | 31 | 31 | 12 | | 43 | $135.00 | $67.50 | $202.50 |
| 9/23/02 - 9/27/02 | 39.3 | 39.3 | 15 | | 54.3 | $10.50 | $254.25 | $264.75 |
| 9/30/02 - 10/03/02 | 30.15 | 30.15 | 12 | | 42.15 | $147.75 | $45.00 | $192.75 |
| 10/07/02 - 10/10/02 | 32.3 | 32.3 | 12 | | 44.3 | $115.50 | $96.75 | $212.25 |
| 10/14/02 - 10/18/02 | 41.3 | 41.3 | 15 | | 56.3 | | $337.50 | $337.50 |
| | | | | | | | | |
| 2003 | Hours Worked | Hours Paid | Not Paid Show up | Not Paid Clean up | Total Hours | Amt Due Straight Time | Amt Due at Overtime | Amount Due |
| 4/27/02 - 4/29/02 | 19 | | 6 | | 25 | $90.00 | | $90.00 |
| 5/01/02 - 5/03/02 | 13.75 | | 6 | | 18.75 | $90.00 | | $90.00 |
| 5/05/02 - 5/06/02 | 15.25 | | 6 | | 21.25 | $90.00 | | $90.00 |
| 5/14/2002 | 3 | | 6 | | 9 | $90.00 | | $90.00 |
| 5/19/02 - 5/23/02 | 34.5 | | 15 | | 49.5 | $82.50 | $213.75 | $296.25 |
| 5/29/02 - 5/30/02 | 17.25 | | 6 | | 23.25 | $90.00 | | $90.00 |
| 6/05/02 - 6/06/02 | 15 | | 6 | | 21 | $90.00 | | $90.00 |
| 6/09/02 - 6/13/02 | 44 | | 15 | | 59 | $90.00 | | $90.00 |
| 6/16/02 - 6/20/02 | 46.5 | | 15 | | 61.5 | | $337.50 | $337.50 |
| 6/23/02 - 6/27/02 | 45.5 | | 15 | | | | $337.50 | $337.50 |
| | | | | | | | TOTAL: | $7,772.87 |

H H3 Trucking, Inc.
Overtime Case

Charles Myles

| Month | Job Location | Not Paid Show Up Clean Up | Days Worked per Week | Weeks per Month | Amount Due Straight Time | Amount Due At Overtime | Amount Due |
|---|---|---|---|---|---|---|---|
| Oct. 2000 | Misc. | | 4 | 6 | 4 | | $540.00 | $2,160.00 |
| Nov. 2000 | | | 4 | 5 | 5 | | $450.00 | $2,250.00 |
| Dec. 2000 | | | 4 | 5 | 4 | | $450.00 | $1,800.00 |
| Jan. 2001 | | | 4 | 2 | 4 | $120.00 | $480.00 | $480.00 |
| Feb. 2001 | | | 4 | 2 | 4 | $120.00 | | $480.00 |
| March 2001 | | | 4 | 2 | 4 | $120.00 | | $480.00 |
| April 2001 | Harvey, IL | | 5 | 5 | 4 | | $562.50 | $2,250.00 |
| May 2001 | Misc. | | 4 | 3 | 5 | | $270.00 | $1,350.00 |
| June 2001 | Rock Island, IL | | 5 | 5 | 4 | | $562.50 | $2,250.00 |
| July 2001 | Rock Island, IL | | 5 | 5 | 4 | | $562.50 | $2,250.00 |
| Aug. 2001 | Rock Island, IL | | 5 | 5 | 4 | | $562.50 | $2,250.00 |
| March 2002 | German Valley | | 4 | 4 | 4 | | $360.00 | $1,440.00 |
| July 2002 | Misc. | | 3 | 6 | 5 | | $405.00 | $2,025.00 |
| | | | | | | TOTAL: | $21,465.00 |

H H3 Trucking, Inc.
Overtime Case

# Keith Candley

| Pay Period | Hours Worked | Hours Paid | Not Paid Clean Up | Not Paid Show Up | Total Hours | Amount Due Straight Time | Amount Due At Overtime | Amount Due |
|---|---|---|---|---|---|---|---|---|
| 2003 | | | | | | | | |
| 6/09/03 - 6/15/03 | 33.5 | 33.5 | | 12 | 45.5 | | | $221.25 |
| 6/16/03 - 6/22/03 | 40.25 | 40.25 | | 12 | 52.25 | $97.50 | $123.75 | $270.00 |
| 6/23/03 - 6/29/03 | 53.25 | 53.25 | | 15 | 68.25 | | | $337.50 |
| | | | | | | | Total: | $ 828.75 |

H H3 Trucking, Inc.
Overtime Case

William Harris

| Pay Period | Hours Worked | Hours Paid | Not Paid Show Up Clean Up | Total Hours | Amount Due Straight Time | Amount Due At Overtime | Amount Due |
|---|---|---|---|---|---|---|---|
| 2002 | | | | | | | |
| 4/15/02 - 4/21/02 | 10 | 10 | 3 | 13 | | | $45.00 |
| 5/20/02 - 5/26/02 | 36 | 36 | 12 | 48 | $60.00 | $180.00 | $240.00 |
| 5/27/02 - 6/02/02 | 36 | 36 | 12 | 48 | $60.00 | $180.00 | $240.00 |
| 6/03/02 - 6/09/02 | 36 | 36 | 12 | 48 | $60.00 | $180.00 | $240.00 |
| 6/10/02 - 6/16/02 | 36 | 36 | 12 | 48 | $60.00 | $180.00 | $240.00 |
| 6/17/02 - 6/23/02 | 36 | 36 | 12 | 48 | $60.00 | $180.00 | $240.00 |
| 6/24/02 - 6/30/02 | 36 | 36 | 12 | 48 | $60.00 | $180.00 | $240.00 |
| 7/01/02 - 7/07/02 | 36 | 36 | 12 | 48 | $60.00 | $180.00 | $240.00 |
| 7/08/02 - 7/14/02 | 36 | 36 | 12 | 48 | $60.00 | $180.00 | $240.00 |
| 7/20/02 - 7/23/02 | 16 | 16 | 6 | 22 | | | $90.00 |
| 9/30/02 - 10/06/02 | 36 | 36 | 12 | 48 | $60.00 | $180.00 | $240.00 |
| 10/07/02 - 10/13/02 | 36 | 36 | 12 | 48 | $60.00 | $180.00 | $240.00 |
| 10/14/02 - 10/20/02 | 24 | 24 | 9 | 33 | | | $135.00 |
| 10/21/02 - 10/27/02 | 36 | 36 | 12 | 48 | $60.00 | $180.00 | $240.00 |
| 10/28/02 - 11/03/02 | 36 | 36 | 12 | 48 | $60.00 | $180.00 | $240.00 |
| 11/04/02 - 11/10/02 | 36 | 36 | 12 | 48 | $60.00 | $180.00 | $240.00 |
| 11/11/02 - 11/17/02 | 36 | 36 | 12 | 48 | $60.00 | $180.00 | $240.00 |
| 11/18/02 - 11/24/02 | 36 | 36 | 12 | 48 | $60.00 | $180.00 | $240.00 |
| | | | | | | TOTAL: | $3,870.00 |

3/15/2005